# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160790(51)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

REID COWAN,
            Plaintiff-Appellant,

v                                           SC: 160790
                                            COA: 345602
                                            Ct of Claims: 17-000091-NM
STATE OF MICHIGAN, DEPARTMENT OF
CORRECTIONS,
            Defendants,
and

EDWARD BARBER,
            Defendant-Appellee.
_____/

On order of the Chief Justice, the third motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before April 20, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2020



Clerk